IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                                          CASE NO. 4:03CR2LN-018

DOUGLAS WRIGHT MARTIN

ORDER

Before the court for consideration is the motion of Douglas Wright Martin for early termination of probation. After reviewing the motion, the court concludes that the motion should be granted.

Accordingly, IT IS HEREBY ORDERED that the motion for early termination of probation is granted.

ORDERED this the 6th day of April, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE